THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Sara R. Robinson
Assistant United States Attorney
California Bar No. 70307
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6585
    Fax No.: (213) 894-7819
    Email: Sara.Robinson@usdoj.gov

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) No. CV 08-05645 RGK (JWJx) |
|     Plaintiff, | ) |
|           v. | ) [Proposed] JUDGMENT |
| 1.88 Acres of Land | ) TRACT NO. 108ET |
|     Defendants. | ) |
| | ) Hon. R. Gary Klausner |

Plaintiff, United States of America, and defendant, 1.88 Acres of Land, having

stipulated and agreed that the following judgement may be entered, and the Court

being fully advised in the premises,

IT IS ORDERED, ADJUDGED AND DECREED :

1. That on August 27, 2008, plaintiff, United States of America, filed herein

its Complaint in Condemnation, which included the real property described therein

and in this proceeding designated and described as Tract No. 108ET.

2. That on August 27, 2008, plaintiff filed in this action a Declaration of

Taking which included the aforesaid property, and deposited in the Registry of the

Court the sum of Twenty-One Thousand Dollars and No Cents ( $21,000.00) for Tract No. 108 ET as the estimated compensation for such tract; that thereupon title to said property as described in the Declaration of Taking became vested in plaintiff, United States of America.

3.  That on February 10, 2009, plaintiff deposited in the Registry of the Court the sum of Nine Thousand Dollars and No Cents ($9,000.00) as additional estimated just compensation for such tract.

4.  That the parties have stipulated, and the Court hereby adjudges, that the total sum of Thirty Thousand Dollars and No Cents ($30,000.00) for Tract No. 108ET, inclusive of interest and costs, is the fair, just and adequate compensation for the taking of the property described in "Corrected Schedule B," filed on October 9, 2008, and which just compensation shall be due and payable to:

**California State Lands Commission**

5.  That upon entry of this Judgment, the Clerk of the Court shall disburse to defendant, the sums noted above plus interest, if any was earned while on deposit in the Registry of the Court, by making registry check(s) payable as follows and by mailing directly to:

**California State Lands Commission**

**c/o David Brown**

**Chief, Business and Administrative Services**

**100 Howe Avenue**

**Suite 100 South**

**Sacramento, CA 95825**

and depositing said check(s) in the United States mail.

6. That the property affected by this Judgement is described as Tract No. 108 ET, and the estate taken therein is set forth in plaintiff's Complaint in

2

Condemnation and in its Declaration of Taking, including "Corrected Schedule B," on file herein.

7. That the plaintiff had and has the right to condemn the properties, estates, and interests described in its Declaration of Taking on file herein for the public uses described and set forth therein, and that title vested in the United States, free and discharged of all claims and liens, upon the date of filing of the Declaration of Taking and depositing of estimated just compensation.

8. That all parties interested in the properties have been personally served with notice of this condemnation action. That the property, together with all claimants and parties interested therein, is within the jurisdiction of this Court, which has the authority to enter this judgment.

9. That immediately prior to the filing of the Complaint in Condemnation and Declaration of Taking re 1.88 Acres of Land, the California State Lands Commission was the sole owner of record of Tract No. 108ET.

10. That all other interested parties have disclaimed any right, title, claim or interest in the compensation paid or to be paid for the subject property.

///
///
///
///
///
///
///
///
///
///

1  The Court retains jurisdiction to make and enter such further orders and

2  judgments as may be necessary and proper in the premises.

3

4  DATED this 10 day of March, 2009

5

6

7  _____
   Hon. R. Gary Klausner
8  United States District Judge

9  Approved as to form and content:

10 THOMAS P. O'BRIEN
   United States Attorney
11 LEON W. WEIDMAN
   Assistant United States Attorney
12

13  /Sara R. Robinson/
   _____
14 SARA R. ROBINSON
   Assistant United States Attorney
15 Attorneys for Plaintiff

16 EDMUND G. BROWN JR.
   Attorney General of The State of California
17 Marsha S. Miller,
   Supervising Deputy Attorney General
18 Paul C. Epstein
   Deputy Attorney General
19

20  /Paul C. Epstein/
   _____
21 PAUL C. EPSTEIN
   Deputy Attorney General
22 Attorneys for Defendant

23

24

25

26

27      CC:   FISCAL DEPARTMENT
              (Funds on Deposit)
28

4